IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| WILLIAM JOHNSON, et al., individually and on behalf of all others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CORNERSTONE NATIONAL INSURANCE CO., )<br>et al., )<br>)<br>Defendants. ) | Case No. 22-04135-CV-C-BP |

## ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT

This case was filed in September 2022,[1] and at the time the only Defendant was Cornerstone National Insurance Co. ("Cornerstone"). A Scheduling Order was issued in May 2023, setting a Pretrial Conference for November 19, 2024, and a jury trial for December 2, 2024. (Doc. 32.)[2]

In October 2023, "Plaintiffs and Cornerstone executed a Class Action Term Sheet memorializing the principal terms of a proposed class action settlement of Plaintiffs' claims against Cornerstone." (Doc. 131, ¶ 3.) However, the parties did not ask the Court to certify a settlement class or otherwise approve the settlement. Instead, in that same month Plaintiff filed an Amended Complaint that added more parties. (Doc. 42.) Eventually, all the additional Defendants were dismissed except for Guidewire Software, Inc. ("Guidewire"), leaving Cornerstone and Guidewire as the only Defendants. Guidewire had filed a Motion to Dismiss, which the Court granted in part

---

[1] Another case, *Reynolds v. Cornerstone National Insurance Co.*, No. 22-04140-CV-C-BP, was consolidated with this one in March 2023.

[2] The Scheduling Order was issued by the Honorable Willie J. Epps, Jr., United States Magistrate Judge, to whom the case was assigned at the time. The case was transferred to the undersigned on February 23, 2024. (Doc. 91.)

in April 2024. Specifically, the Court dismissed some claims against Guidewire, deferred ruling with respect to others, and directed the parties to provide additional briefing. (Doc. 119.) The parties requested a brief stay of the deadline for them to file supplemental briefing so they could "continue potential resolution of the litigation against all parties." (Doc. 128, p. 1.) The Court granted the Motion but declared the stay would "automatically expire . . . without further Order from the Court" on June 28, 2024. (Doc. 130.)

In July 2024, the parties explained an agreement to resolve Plaintiff's claims against Cornerstone had been reached in October 2023, and they continued to discuss whether and how Plaintiff's claims against Guidewire could be included in that agreement. They asked for a further extension of the deadline for them to file the supplemental briefing related to Guidewire's Motion to Dismiss. (Doc. 131.) The Court granted this request and advised that the new deadlines were "not likely to be extended" but would be vacated if the parties advised they had resolved the case. (Doc. 132.)

The first round of supplemental briefing on Guidewire's Motion to Dismiss was filed; then, in August, the parties asked the Court to extend the deadline for the final round because they were still discussing settlement. (Doc. 137.) The Court granted this motion and directed that the final round of supplemental briefs be filed by August 27 and a Joint Status Report be filed on September 10. (Doc. 138.) However, on August 26, the parties again asked that the deadline for the final briefs be vacated because they were still discussing settlement. (Doc. 139.) This Motion was granted, and the parties were directed to "file (1) a Stipulation of Dismissal dismissing Guidewire or (2) a Joint Status Report that provides an anticipated date for the dismissal and indicates whether the Motion to Dismiss can be withdrawn" by September 27. (Doc. 140.)

2

Case 2:22-cv-04135-BP    Document 143    Filed 10/28/24    Page 2 of 3

On September 27, the parties filed a Status a Joint Status Report confirming they had "an agreement in principle" and had "finalized an amended term sheet that is awaiting signature and that will result in the dismissal of Guidewire from this Action. Plaintiff anticipates that this request for dismissal will be filed within the next two weeks." (Doc. 141, p. 2.) The parties further stated that if a request for dismissal was not filed by October 20, the parties would submit an Amended Scheduling Order. (Doc. 141, p. 2.)

To date, Plaintiff has not sought Guidewire's (or Cornerstone's) dismissal, and the parties have not filed a Joint Status Report or an Amended Scheduling Order. Meanwhile, the Pretrial Conference is still set for November 19, 2024, and the trial is still set for December 2, 2024. (Doc. 32.) Given the length of time the case has been pending and the course of proceedings to date, the Court is not inclined to vacate either setting absent the filing of a request to approve a class action settlement.

Accordingly, on or before November 5, 2024, the parties shall either file (1) a request for approval of a class action settlement or (2) a request to dismiss the named Plaintiffs' individual claims.

**IT IS SO ORDERED**.

DATE: <u>October 28, 2024</u>

/s/ <u>Beth Phillips</u>
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT